IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| AHMADOU SEYDI, | : |
| Plaintiff, | : |
| vs. | : Case No. 3:21-cv-00201 |
| | : Judge Walter H. Rice |
| BOOMERANG RUBBER, INC., et al., | : Magistrate Judge Sharon L. Ovington |
| Defendants. | : |

## AGREED DISMISSAL ENTRY (WITH PREJUDICE)

Pursuant to Civ. R. 41, by agreement of the parties hereto in the within matter, having settled, Plaintiff hereby DISMISSES his action WITH PREJUDICE against ALL Defendants. The Court shall retain jurisdiction over this matter for purposes of enforcement of any settlement in this matter, including resolution of any liens. Each party to bear their own costs. This Entry terminates this action.

_____
JUDGE WALTER H. RICE
MAGISTRATE JUDGE SHARON L. OVINGTON

APPROVED:

/s/ Trisha Breedlove (*per written authority*)
Trisha Breedlove (009852)
Paul Filippelli (0097085)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Phone: 216-291-4744; Fax: 216-291-5744
Email: trisha.breedlove@spitzlawfirm.com
           paul.filippelli@spitzlawfirm.com
*Attorneys for Plaintiff Ahmadou Seydi*

/s/ Kevin P. Foley
Kevin P. Foley (0059949)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone: 614-232-2416; Fax: 614-232-2410
Email: kfoley@reminger.com
*Attorney for Defendants Boomerang Rubber, Inc. and Matt Howard*